EMN:SPN/KDE
F.#2014R00191

KUNTZ, J.

FILED
CLERK

2015 MAY 13 PM 3:03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ZORANA DANIS,

Defendant.

- - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

NOTICE OF MOTION

CR 15 240

Criminal Docket No. _____

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant ZORANA DANIS's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  Brooklyn, New York
May 13, 2015

>                             KELLY T. CURRIE
>                             Acting United States Attorney
>                             Eastern District of New York
>                             271 Cadman Plaza East
>                             Brooklyn, New York 11201
>
>                      By:    _____
>                             Samuel P. Nitze
>                             Assistant United States Attorney
>                             (718) 254-6465

cc:   Clerk of the Court