# Walden Macht & Haran LLP



One Broadway, 6th Floor
New York, NY 10004
212 335 2030

February 9, 2016

**By ECF**

Honorable Raymond Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    United States v. Zorana Danis, No. 15 Cr. 240 (RJD)

Dear Judge Dearie:

      We represent Ms. Danis in this case.  On May 26, 2015, Your Honor released Ms. Danis on an unsecured bond with certain conditions, including that she be permitted to travel to Florida (and certain other locations) for business purposes with the permission of the Court, Pre-Trial Services and the government.  We write to request that Your Honor permit Ms. Danis to travel to Florida for business purposes on the dates February 12-19, 2016 and February 22-29, 2016 with a return home to the New York area during the period 19-22, 2016.  The travel will end by February 29, 2016.

      I have spoken with Assistant U.S. Attorney Sam Nitze and he has confirmed that the government consents to this application.  I also have spoken with Pre-Trial Services Officer Luis Calvi and he consents to this application.

      Thank you very much for your consideration of this request.

                                                           Sincerely,

                                                           Sean T. Haran

cc:      AUSA Samuel Nitze (by ECF)
           Pre-Trial Services Officer Luis Calvi (by email)