UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ZORANA DANIS,

Defendant.

- - - - - - - - - - - - -X

L I M I T E D
U N S E A L I N G
O R D E R

Cr. No. 15-240 (RJD)

Upon the application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Samuel P. Nitze,

IT IS HEREBY ORDERED that the sealed transcript of the defendant's guilty plea entered on May 26, 2015, be unsealed for the limited purpose of providing a copy of the transcript to the government and counsel for the defendant.

Dated: Brooklyn, New York
_____, 2016

( s/ RJD )

THE HONORABLE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK