# Walden Macht & Haran LLP



One Broadway, 6th Floor
New York, NY 10004
212 335 2030

March 7, 2017

**By ECF**

Honorable Pamela Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:    United States v. Zorana Danis, No. 15 Cr. 240

Dear Judge Chen:

We represent Ms. Danis in this case.  On May 26, 2015, Judge Dearie released Ms. Danis on an unsecured bond with certain conditions, including that she be permitted to travel to Florida (and certain other locations) for business purposes with the permission of the Court, Pre-Trial Services and the government.   We write to request that Your Honor permit Ms. Danis to travel to Florida for business purposes from March 9-12, 2017.

I have spoken with Assistant U.S. Attorney Sam Nitze and he consents to the application. I have left a message with Pre-Trial Services Officer Robert Long and am awaiting a response but I have no reason to expect that he will object.

Sincerely,

Sean T. Haran

cc:    AUSA Samuel Nitze (by ECF)
       Pre-Trial Services Officer Robert Long (by email)