# Walden Macht & Haran LLP



One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

June 12, 2018

By Hand and ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **United States v. Zorana Danis**
                 **Criminal Docket No. 15-240 (PKC)**

Dear Judge Chen:

      We represent Defendant Zorana Danis in this matter and respectfully request that the sentencing control date for Ms. Danis, currently set for June 19, 2018, be adjourned for at least six months. The government has been consulted and joins in this request.

      We previously requested an adjournment for the sentencing control date, which was granted on December 5, 2017.

      Respectfully submitted,

*Sean Haran \ GLW*

Sean Haran, Esq.
Devon Little, Esq.
*Counsel for Defendant*
Walden Macht & Haran LLP
1 Battery Park Plaza, 34th Floor
New York, NY 10004

cc:    Bridget M. Rodhe (by E-mail)
       Samuel P. Nitze (by E-mail)
       Keith D. Edelman (by E-mail)
       M. Kristin Mace (by E-mail)