# Walden Macht & Haran LLP



One Battery Park Plaza, 34th Floor
New York, NY 10004
212 335 2030

May 24, 2019

**By ECF**

Honorable Pamela Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Zorana Danis*, No. 15 Cr. 240
              **Request for Adjournment of Sentencing Date**

Your Honor:

    We represent the defendant Zorana Danis in this matter and request that sentencing, currently scheduled for June 4, 2019 as a control date, be adjourned for approximately six months to a date suitable to the Court. The government consents to this request.

    Thank you for your time and attention to this matter.

                                                     Respectfully,

                                                     Sean T. Haran

cc:    All Parties via ECF