

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN
F. #2014R00191

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 15, 2019

<u>By Hand and ECF</u>

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Zorana Danis
            <u>Criminal Docket No. 15-240 (PKC)</u>

Dear Judge Chen:

      The government respectfully requests that the sentencing control date for defendant Zorana Danis, currently set for December 3, 2019, be adjourned for at least six months. Defense counsel has been consulted and joins in this request.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney
      Eastern District of New York

By:    /s/ Samuel P. Nitze
      Samuel P. Nitze
      M. Kristin Mace
      Keith D. Edelman
      Assistant U.S. Attorneys
      718-254-7000

cc:    Sean Haran, Esq. (by E-mail)