

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SPN
F. #2014R00191

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 10, 2022

By E-mail and ECF

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Zorana Danis
     Criminal Docket No. 15-240 (PKC)

Dear Judge Chen:

   The government respectfully requests that the sentencing control date for defendant Zorana Danis, currently set for June 14, 2022 be adjourned for at least six months. Defense counsel has been consulted and joins in this request.

           Respectfully submitted,

           BREON PEACE
           United States Attorney
           Eastern District of New York

      By:  /s/ Samuel P. Nitze
           Samuel P. Nitze
           Assistant U.S. Attorneys
           718-254-7000

cc: Sean Haran, Esq. (by E-mail)